**FILED**
JUN 18 2008
Clerk, U.S. District and Bankruptcy Courts

United States District Court
District of Columbia

Muhammad A. Aziz,                )   Case: 1:08-cv-01037
aka Ezekiel Musa,                )   Assigned To : Unassigned
Petitioner, 1150 12Th St. 915    )   Assign. Date : 6/18/2008
Wash. D.C. 20005                 )   Description: Civil Rights-Non-Employ.
1-234-5416-1022)                 )
v.                               )   Case No.
United States of America,        )   Civil Complaint
Respondent.                      )

Comes now the petitioner who enters his civil complaint against the respondent(s) for violation(s) of his Constitutional right.

This court has jurisdiction to hear matters herein.

<u>Argument</u>

Petitioner arrested on warrant issued by the United State in 2003, was found guilty of misuse of a Social Security Number and given ten months jail time, to include two years probation.

Upon release, petitioner was informed by federal probation agent Mitchell W. Riggins petitioners banishment from Savannah Georgia; absent court order. Subsequently forced return of petitioner to Alexandria Virginia.

Myoptically, upon meeting with probation officers Cynthia Sutter and Fredrick Albert, the probation imposed

Civil Complaint - 1.

RECEIVED
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

by the U.S. District Court judge in Alexandria, with regard to the sentence probation for Misuse of Social Security Number are disregarded, as such are conditions set out by the sentencing court for that case.

However, the actions of Federal probation officers Cynthia Sutter and Fredrick Albert who did not proceed with order of the Alexandria Court said sentencing but moved to enforce an attempted rape case from 1987 for which no probation imposed, and 1998 attempted enticing minor of which probation is waived by the State of Georgia.

Clearly, the U.S. attorney, employees Cynthia Sutter and Fredrick Albert are enforcing probation on petitioner upon which attempted rape and attempted enticing minor either of which no probation was accorded, and are retroactively apply. The twenty-one year old attempted rape case and the ten year old enticing minor are not a condition for probation set for by the sentencing court in Alexandria and is contrary to law.

Petitioner forced compliance by Federal probation agent Fredrick Albert

Civil Complaint - 2

violated the Expost facto clause of the United States Constitution.

Further, the U.S. Attorney, his employees Fredrick Albert and Cynthia Sutter aware of the retroactive law, impose conditions denying petitioner use of computer [(of which is required for work)]. Too disclosures of attempted rape and attempted inticing minor case to third parties, at petitioners employer, landlord and friends. The former disclosure resulted in loss of petitioners job at Fair field construction and unemployment at Kitchen Temps.

Therefore, petitioner request this court grant relief, enjoin the U.S. Attorney employees, Fredrick Albert and Cynthia Sutter from enforcing probation of 1987 attempted rape and attempted inticing minor, either of which no probation was accorded of sentence, or waived, of which retroactively apply do violate petitioner's constitutional rights.

I declare under the penalty of perjury that the above is true and correct to the best of my knowledge. Dated this 1st day of April 2008

Ezekiel Maza

Ezekiel Maza

Civil Complaint - 3.