UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 18 2008
Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| Muhammad A. Aziz, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08 1037 |
| United States of America, | ) ) | |
| Defendant. | ) | |

### TRANSFER ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a resident of the District of Columbia who appears to be challenging the conditions of his probation. He seeks an order to enjoin "[two] U.S. Attorney employees . . . from enforcing probation. . . ." Compl. at 3. Plaintiff's remedy would lie, if at all, in the court that imposed the probation conditions, which appears from the complaint allegations to be the United States District Court for the Eastern District of Virginia. *See* Compl. at 2; 18 U.S.C. §§ 3562 *et seq*. Because there is no indication from the complaint or a search of this Court's dockets that plaintiff was sentenced here, it is in the interests of justice and judicial economy to transfer the case to the presumptive sentencing court. Accordingly, it is this 16th day of June 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of Virginia. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Ricardo M. Urbina
United States District Judge